IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STUART W. RYAN,

    Plaintiff,

vs.                                                               CASE NO. 3:10cv336/RS-MD

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF WEST FLORIDA,

    Defendant.
_____/

## ORDER

Before me is the Report of Parties' Planning Meeting (Doc. 13). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date. Plaintiff's counsel has failed to provide exact dates of his other scheduling conflict.

**IT IS ORDERED** that the parties shall file an amended joint report not later than November 8, 2010, with dates consistent with a discovery deadline of March 18, 2011, and jury trial on May 23, 2011, or June 6, 2011.

**ORDERED** on October 28, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**