IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STUART W. RYAN,

    Plaintiff,

vs.                                       CASE NO. 3:10-cv-336/RS-MD

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF WEST FLORIDA,

    **Defendant.**
_____/

## ORDER

Before me is the Amended Joint Report of Parties' Planning Meeting (Doc. 18). Having reviewed the proposal, I find that the parties' representations do not support the requested delay.

Counsel for Defendant has two cases in state court with similar discovery deadlines. However, these cases have been pending since 2006 and 2007, giving ample time to accomplish discovery in those cases. Similarly, plans to be out of the country for five days is the type of conflict that can be planned for, presuming that discovery is not delayed to the last minute. I have, nevertheless, adjusted the discovery deadline to provide an additional five days.

As to the purported unavailability of Dr. Todorovich due to heart surgery, the parties have not adequately explained the nature of the doctor's absence beyond stating that he will be "unavailable for a substantial amount of time from the date the Complaint is filed until the Court's proposed discovery deadline." Specifics regarding Dr.

Todorovich's surgeries need to be provided so that an assessment can be made about the discovery deadline during this seven month interim. Necessary information includes whether Dr. Todorovich has had the surgeries yet, and what the treating physician predicts as necessary recovery time that would preclude his participation in discovery. If the situation so warrants, I will consider adjusting the deadlines at that time.

**IT IS ORDERED** that the parties shall file an amended joint report not later than November 22, 2010 with dates consistent with a discovery deadline of March 23, 2010 and a jury trial on June 6, 2010 or June 20, 2010.

**ORDERED** on November 16, 2010

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**