IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STUART W. RYAN,

       Plaintiff,

vs.                                               CASE NO. 3:10cv336/RS-MD

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF WEST FLORIDA,

       Defendant.
_____/

## ORDER

The parties have complied with the Scheduling and Mediation Order (Doc. 25) by filing a Third Amended Joint Report of Parties' Planning Meeting (Doc. 27).

IT IS ORDERED that the Scheduling and Mediation Order (Doc. 25) and Pretrial Order (Doc. 26) shall govern this case.

**ORDERED** on December 8, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**