**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STUART W. RYAN,**

     **Plaintiff,**

**vs.**                            **CASE NO. 3:10-cv-336/RS-MD**

**THE BOARD OF TRUSTEES OF**
**THE UNIVERSITY OF WEST FLORIDA,**

     **Defendant.**
_____/

## ORDER

Before me are the Amended Motion to Quash and Motion for Protective Order by the Florida Commission on Human Relations ("FCHR") (Doc. 42), and Defendant's Response in Opposition (Doc. 43).

Defendant represents that files maintained by FCHR contain discrepancies which may be relevant to the issue of whether Plaintiff has exhausted all administrative remedies. Files not already produced and deposition testimony of the FCHR investigator and FCHR records custodian shall be discoverable to the extent that they may be relevant to the issue of exhaustion of administrative remedies. FCHR's Motions (Doc. 42), therefore, are **DENIED**.

**ORDERED** on March 7, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**