IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STUART W. RYAN,

    Plaintiff,

vs.                                      CASE NO. 3:10-cv-336/RS-MD

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF WEST FLORIDA,

    Defendant.
_____/

## ORDER

The relief requested in Defendant's Motion for Extension of Time to Conduct Discovery and File Motion for Summary Judgment (Doc. 52) is **GRANTED**. The new discovery deadline is May 21, 2011. Dispositive motions shall be filed fourteen days thereafter. All other dates remain unchanged.

**ORDERED** on March 31, 2011.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**