IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STUART W. RYAN,

    Plaintiff,

vs.                                            CASE NO. 3:10-cv-336/RS-MD

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF WEST FLORIDA,

    Defendant.
_____/

## ORDER

Before me are Defendant's Emergency Motion to Strike and Extend Time to Take Plaintiff's Deposition or in the Alternative Emergency Motion to Continue Discovery, Summary Judgment and Trial (Doc. 63) and Plaintiff's Response in Opposition (Doc. 66). The Motion is **GRANTED in part**, and **DENIED in part**.

    **IT IS ORDERED:**

1. Subsequent to filing this Motion, Defendant has conducted the requested additional three hours of deposition. Therefore, Defendant's Motion to Continue Deposition of Plaintiff is **DENIED as moot**.

2. Defendant's Motion to Strike is **DENIED**. The purported tardy disclosure of Plaintiff's alleged damages occurred on May 17, 2011. From this date, Defendant had ten days until the supplemental three-hour deposition. This is adequate time to prepare and to avoid prejudice.

3. Defendant's Motion to Strike tardy disclosure of Plaintiff's additional alleged acts of retaliation is **DENIED**. Plaintiff does not seek damages for the acts but rather intends to use them as background.  A more appropriate forum to address these acts may be future motion in limine or an appropriate objection during trial.

4. The Motion to Continue Discovery and Summary Judgment is **GRANTED**.  The Discovery Deadline, now expired, is extended to May 27, 2011 to include the additional deposition of Plaintiff.  The deadline for filing potentially dispositive is fourteen days after this discovery deadline—June 10, 2011.  All other dates remain unchanged.

**ORDERED** on June 1, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**