IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STUART W. RYAN,

    Plaintiff,

vs.                                   CASE NO. 3:10-cv-336/RS-MD

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF WEST FLORIDA,

    Defendant.
_____/

## ORDER

Before me are Defendant's Motions in Limine (Docs. 86, 87, 88, and 89), and Plaintiff's Response in Opposition (Doc. 103).  After hearing, **IT IS ORDERED**:

1. Plaintiff is not permitted to introduce evidence of another professor's successful application for promotion to associate professor because Plaintiff's application was for a different position, that of full professor.  Defendant's Motion in Limine Number 1 (Doc. 89) is **GRANTED**.

2. Defendant's Motion in Limine Number 2 (Doc. 86) is **DENIED** without prejudice.

3. Plaintiff is not permitted to introduce evidence of allegedly retaliatory action that were not specified in the FCHR charge.  Such acts are not mere background, but are irrelevant and prejudicial.  Defendant's Motion in Limine Number 3 (Doc. 87) is **GRANTED**.

4. Plaintiff is not permitted to introduce evidence concerning Plaintiff's role as witness in a sexual harassment investigation conducted in 2006.  Such acts are

irrelevant and prejudicial.  Defendant's Motion in Limine Number 4 (Doc. 88) is

**GRANTED**.

**ORDERED** on July 6, 2011.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**