IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STUART W. RYAN,

    Plaintiff,

vs.                                            CASE NO. 3:10cv336/RS-CJK

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF WEST FLORIDA,

    Defendant.
_____/

## ORDER

Before me are Defendant's Amended Motion For An Award Of Attorney's Fees (Doc. 114) and Plaintiff's response (Doc. 115). Defendant shall file a reply to Plaintiff's Memorandum Of Law In Opposition To Defendant's Motion For An Award Of Attorney's Fees (Doc. 115) not later than August 25, 2011.

**ORDERED** on August 12, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**